1  **STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
   James F. Holtz, Esq.
2  Nevada Bar No. 8119
   Scott J. Ingold, Esq.
3  Nevada Bar No. 11818
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada  89144
   Telephone:     (702) 304-1803
5  Facsimile:     (702) 304-1822
   jholtz@stutzartiano.com
6  singold@stutzartiano.com

7  Attorneys for Defendant WALGREEN CO.

8

9

10
                          **UNITED STATES DISTRICT COURT**
11
                            **FOR THE DISTRICT OF NEVADA**
12
   MIKE ENGLISCH,                        Case No. 2:12-cv-01981-JCM-CWH
13
            Plaintiff,                   **STIPULATION AND ORDER FOR**
14                                       **DISMISSAL WITH PREJUDICE**
   v.
15
   WALGREEN CO dba WALGREENS; and
16 DOES 1 through 100; And ROE
   CORPORATIONS 101 through 200,
17 inclusive,

18          Defendants.

19

0

G:\DATA\1329\82\PL\S0161524.WPD

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter, *Mike Englisch v. Walgreen Co., et al.*, filed on October 9, 2012 in Clark County District Court as Case No. A-12-668095-C, and removed to the United States District Court for the District of Nevada as Case No. 2:12-cv-01981-JCM-CWH, be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: November 30, 2013

BERNSTEIN & POISSON

By:_____
   Scott Poisson, Esq.
   Nevada Bar No. 10188
   Christopher D. Burk, Esq.
   Nevada Bar No. 8976
   320 South Jones Blvd.
   Las Vegas, NV  89107
   Tel: (702) 256-4566
   chris@bernsteinslaw.com
   scott@bernsteinslaw.com
*Attorneys for Plaintiff Mike Englisch*

DATED: November 30, 2013

STUTZ ARTIANO SHINOFF
& HOLTZ, A.P.C.

          /s/ James F. Holtz
By:_____
   James F. Holtz, Esq.
   Scott J. Ingold, Esq.
   1120 Town Center Drive, Suite 200
   Las Vegas, Nevada  89144
   Tel:             (702) 304-1803
   Facsimile:      (702) 304-1822
   jholtz@stutzartiano.com
   singold@stutzartiano.com
*Attorneys for Walgreen Co.*

## **ORDER**

Upon the stipulation of the parties entered into above,

IT IS HEREBY ORDERED that the above-entitled matter against Defendant is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED December 18, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

G:\DATA\1329\82\PL\S0161524.WPD

1

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter, *Mike Englisch v. Walgreen Co., et al.*, filed on October 9, 2012 in Clark County District Court as Case No. A-12-668095-C, and removed to the United States District Court for the District of Nevada as Case No. 2:12-cv-01981-JCM-CWH, be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: November __, 2013

BERNSTEIN & POISSON

By:_____
Scott Poisson, Esq.
Nevada Bar No. 10188
Christopher D. Burk, Esq.
Nevada Bar No. 8976
320 South Jones Blvd.
Las Vegas, NV 89107
Tel: (702) 256-4566
chris@bernsteinslaw.com
scott@bernsteinslaw.com
*Attorneys for Plaintiff Mike Englisch*

DATED: November __, 2013

STUTZ ARTIANO SHINOFF
& HOLTZ, A.P.C.

By:_____
James F. Holtz, Esq.
Scott J. Ingold, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Tel:           (702) 304-1803
Facsimile:     (702) 304-1822
jholtz@stutzartiano.com
singold@stutzartiano.com
*Attorneys for Walgreen Co.*

## ORDER

Upon the stipulation of the parties entered into above,

IT IS HEREBY ORDERED that the above-entitled matter against Defendant is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

1

STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.
James F. Holtz, Esq.
Nevada Bar No. 8119
Scott J. Ingold, Esq.
Nevada Bar No. 11818
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 304-1803
Facsimile: (702) 304-1822
jholtz@stutzartiano.com
singold@stutzartiano.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
CASE NO.: 2:12-cv-01981-JCM-CWH

### CERTIFICATE OF ELECTRONIC SERVICE

Pursuant to LR 5-4, I hereby certify that on the December 18, 2013, I served a true and correct copy of the above and foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via CM/ECF described above on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

On:

Scott Poisson, Esq.
Christopher D. Burk, Esq.
Bernstein & Poisson
320 South Jones Blvd.
Las Vegas, NV 89107
Tel: (702) 256-4566
Attorneys for Plaintiff

_____
Jennifer L. Wolber
An Employee of STUTZ ARTIANO SHINOFF & HOLTZ

G:\DATA\1329\82\PL\S0161524.WPD

2